```
 1  JULIE M. MCCOY, Bar No. 129640
    JACQUELYNE M. NGUYEN, Bar No. 249658
 2  LAW OFFICES OF JULIE M. MCCOY
    1670 SANTA ANA AVE., SUITE K
 3  COSTA MESA, CA 92627
    Telephone: (949) 722-0055
 4  Fax:(949) 722-8416

 5  Attorney for: PLAINTIFF

 6

 7
                    UNITED STATES DISTRICT COURT
 8
                   CENTRAL DISTRICT OF CALIFORNIA
 9

10
                                   No. CV12-03078
11  UNITED STATES OF AMERICA,

12                     Plaintiff,

13       vs.                       COMPLAINT ON PROMISSORY NOTE

14  JONATHAN PEACOCK,

15                     Defendant,  (DEPARTMENT OF EDUCATION)

16

17  For its claim, the plaintiff alleges as follows:

18       This court has jurisdiction under Title 20 U.S.C.
19  §1080.  The defendant resides in the County of Los Angeles.
20  This claim arose in connection with a Government insured or
21  guaranteed student loan made by a private lender and
22  assigned to the United States.

23       Defendant is indebted to plaintiff on unpaid promissory
24  notes, signed by defendant in the principal amount of
25  $2,435.58, plus interest accrued to March 21, 2012, in the
26  sum of $1,405.51, with interest accruing thereafter at 8%
27  per year; plus administrative charges of $40.00, and
28  attorney's fees, and costs.
```

Defendant is in default under the terms of said notes and despite repeated demands upon him to pay, a balance is still owed.

WHEREFORE, plaintiff prays for judgment against defendant in the principal amount of $2,435.58, plus interest accrued to March 21, 2012, in the sum of $1,405.51, with interest accruing thereafter at 8% per year; plus $40.00 for administrative charges, and attorney's fees, and costs.

DATED: April 4, 2012

_____
JACQUELYNE M. NGUYEN
ATTORNEY FOR THE PLAINTIFF

LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorneys for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV12-03078 |
|---|---|
| Plaintiff, | |
| vs. | SUMMONS |
| JONATHAN PEACOCK, | |
| Defendant | |

TO THE ABOVE-NAMED DEFENDANT, You are hereby summoned and required to file with the court and serve upon:
  Plaintiff's attorney, whose address is:
    LAW OFFICES OF JULIE M. MCCOY
    1670 SANTA ANA AVE., SUITE. "K"
    COSTA MESA, CA 92627
an answer to the complaint which is herewith served upon you within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Date: APR - 9 2012

TERRY NAFISI, CLERK

By: _____JULIE PRADO_____
    Deputy Clerk

(SEAL OF THE COURT)

SUMMONS

# CIVIL COVER SHEET

**I(a) PLAINTIFFS**  UNITED STATES OF AMERICA

**DEFENDANT(S)**  JONATHAN PEACOCK

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
EXCEPT IN U.S. PLAINTIFF CASES

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Los Angeles

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

JULIE M. MCCOY
LAW OFFICES OF JULIE M. MCCOY
1670 Santa Ana Ave., Suite K
COSTA MESA, CA 92627
Tel: 949.722-0055

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- [x] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties In Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from another district (specify)
- [ ] 6  Multidistrict Litigation
- [ ] 7  Appeal to District Judge from Magistrate Judgment

## V. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23  **DEMAND $3,881.09**  Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES  ☒ NO

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)  **BREACH OF CONTRACT/PROMISSORY NOTE**

## VII. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Med Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 630 Liquor Laws | ☐ 820 Copyrights |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 R.R. & Truck | ☐ 830 Patent |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs | ☐ 840 Trademark |
| ☐ 810 Selective Service | ☒ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment Of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 861 HIA (1395ff) |
| ☐ 875 Customer Challenge 12 USC 3410 (923) | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | | **LABOR** | ☐ 862 Black Lung |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | | **PRISONER PETITIONS** | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | **CIVIL RIGHTS** | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 441 Voting | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 442 Employment | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** |
| ☐ 895 Freedom of Information Act | ☐ 220 Foreclosure | ☐ 443 Housing/Accommodations | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |
| ☐ 890 Other Statutory Actions | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**CV12-03078**

## VIII(a). IDENTICAL CASES: Has this action been previously filed and dismissed, remanded or closed?  ☒ No  ___ Yes

If yes, list case number(s):


CIVIL COVER SHEET
Case 2:12-cv-03078-URC   Document 1   Filed 04/09/12   Page 5 of 5   Page ID #:10
(Reverse Side)

**AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ✓ No ___ Yes

If yes, list case number(s):_____

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:
(CHECK ALL BOXES   ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
THAT APPLY)       ☐ B. Involve the same or substantially the same parties or property;
                  ☐ C. Involve the same patent, trademark or copyright;
                  ☐ D. Call for determination of the same or substantially identical questions of law, or
                  ☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides. (Use an additional sheet if necessary)   LOS ANGELES COUNTY

☒ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED PLAINTIFF.

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
LOS ANGELES COUNTY

☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED DEFENDANT.

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
NOTE: In land condemnation cases, use the location of the tract of land involved.
LOS ANGELES COUNTY

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** X _[signature]_ Date: April 4, 2012
**NOTICE TO COUNSEL/PARTIES:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3.3 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for ?Black Lung? benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |