1 JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
2 LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
3 COSTA MESA, CA 92627
Telephone: (949) 722-0055
4 Fax: (949) 722-8416

5 Attorney for: PLAINTIFF

FILED
12 APR -9 PM 12: 57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV12-03078 |
| Plaintiff, | NOTICE OF INTERESTED PARTIES |
| vs. | (Local Rule 7.1-1) |
| JONATHAN PEACOCK, | |
| Defendant | (DEPARTMENT OF EDUCATION) |

Pursuant to Local Rule 7-1.1, and based upon information and belief, the undersigned, counsel of record for Plaintiff, United States of America, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or refusal.

The United States Department of Education,

Jonathan Peacock

DATED: April 4, 2012

_____
JACQUELYNE M. NGUYEN
ATTORNEY FOR THE PLAINTIFF