1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,         No. CV A 12- **3078**
12              Plaintiff,
13        vs.                        CONSENT JUDGMENT
14 Jonathan Peacock,
15              Defendant

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Jonathan Peacock, in
20 the principal amount of $2,435.58 plus interest accrued to
21 March 21, 2012, in the sum of $1,405.51; with interest
22 accruing thereafter at 8% annually until entry of judgment,
23 administration costs in the amount of $40.00, for a total
24 amount of **$3,881.09**.

26 DATED: 5/30/2012           By:_____Terry Nafisi_____
                                     Clerk of the Court
27
                                       A. Martinez
28                                 _____
                                     Deputy Clerk
                               United States District Court