WHEN RECORDED, MAIL TO:

LAW OFFICES OF JULIE M. MCCOY
1670 Santa Ana Ave., Suite "K"
Costa Mesa, CA 92627
Tel.: 949-722-0055
Fax: 949-722-8416

**FOR OFFICE USE ONLY**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JONATHAN PEACOCK,<br><br>            Defendant(s) | CASE NO. CV A 12-3078<br><br>ABSTRACT OF JUDGMENT |

I certify in the above-entitled action and Court, Judgment was entered on <u>May 30, 2012</u> in favor of the <u>United States of America,</u>

whose address is <u>300 N. Los Angeles Street, Room 2315.,</u>

and against <u>Jonathan Peacock</u>

who's last known address is _____, <u>Los Angeles, CA</u> _____

for <u>$2,435.58</u> Principal, <u>$1,405.51</u> Interest, <u>$40.00</u> Administrative Charges,

for a total amount of <u>$3,881.09</u>.

ATTESTED this ___6TH___ day of ___June___, 20 _12_

Judgment debtor's driver's license no. and state; _____  [XX] Unknown

Judgment debtor's Social Security number; __XXX-XX-7560__  [ ] Unknown

[XX] No stay of enforcement ordered by the Court

[ ] Stay of enforcement ordered by the Court, stay date ends _____

Judgment debtor's attorney's name and address and/or at which summons were served:

Jonathan Peacock
_____
Los Angeles, CA
Cif no. C99-08425

CLERK, U.S. DISTRICT COURT
JULIE PRADO
By _____
Deputy Clerk

**FOR OFFICE USE ONLY**

G-18 (08/97)                 ABSTRACT OF JUDGMENT                 1154